722

## Commonwealth v. Cummings, Appellant.

Submitted November 11, 1974. *John H. Corbett, Jr.,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. DeRohn, Appellant.

Submitted December 2, 1974. *Richard J. Shiroff,* Assistant Public Defender, for appellant; *Michael E. Riskin,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.